UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. MELTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:03-CV-550 CAS |
| | ) | |
| LARRY ROWLEY,[1] | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on state prisoner William L. Melton's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Frederick R. Buckles for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On May 3, 2006, Judge Buckles filed a Report and Recommendation of United States Magistrate Judge, which recommended that Melton's petition for writ of habeas corpus be denied. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted. After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

---

[1]Petitioner is currently incarcerated at the Missouri Eastern Correctional Center ("MECC") in Pacific, Missouri. At this time, Larry Rowley is Superintendent of MECC. In accordance with Rule 2(a) of the Rules Governing Section 2254 Cases, Rowley should be substituted in place of Kelly Lock as the proper party respondent. The Court will order the Clerk of Court to change the caption of this case to substitute Larry Rowley for Kelly Lock as the respondent in this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 16]

**IT IS FURTHER ORDERED** that the Clerk of Court shall change the caption of this case to reflect the substitution of respondent Larry Rowley for respondent Kelly Lock.

**IT IS FURTHER ORDERED** that William L. Melton's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 5]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of June, 2006.